**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Sherman Kyle III,** | ) | **CASE NO. 5:11 CV 1395** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Richard Gansheimer, Warden,** | ) | <u>Order</u> |
| | ) | |
| **Defendant.** | ) | |

   The Report and Recommendation of Magistrate Judge Burke (Doc. 31) recommending denying as moot both the respondent's Motion to Dismiss and the petitioner's Motion for Stay and Abeyance is ACCEPTED for the reasons stated therein.

   IT IS SO ORDERED.

                                        /s/ Patricia A. Gaughan
                                       PATRICIA A. GAUGHAN
                                       United States District Judge

Dated: 6/4/12